**WHITE AND WILLIAMS LLP**
The Legal Center, One Riverfront Plaza
1037 Raymond Boulevard, Suite 230
Newark, New Jersey 07102-5425
(201) 368-7200
*Attorneys for Defendant, Unum Life Insurance Company of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RODERIC D. SHEA,<br><br>Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA and/or JOHN DOES 1-10 and ABC CORPORATIONS 1-10,<br><br>Defendants. | Civil Action No.: 3:17-cv-02346<br><br>**STIPULATION AND ORDER OF DISCONTINUANCE WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the above action is hereby dismissed in its entirety with prejudice and without payment of costs or attorneys' fees by any party as against each other.

DATED: 10-30-17

BATHGATE, WEGENER & WOLF, P.C.
*Attorneys for Plaintiff,*
*Roderic D. Shea*

BY: _____
JONATHAN S. FABRICANT, ESQ.

WHITE AND WILLIAMS LLP
*Attorneys for Defendants, Unum Life Insurance Company of America*

BY: _____
ROBERT T. PINDULIC, ESQ.

SO ORDERED:       11/3/2017

BY: _____
FREDA L. WOLFSON, U.S.D.J.